IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JUAN LUIS BETANCOURT, )   CASE NO. 18-10376-REF
)
Debtor.          )   CHAPTER 13

**Certificate of Service**

I, John W. Sweet, attorney for the Debtor, certify that a copy of the Debtor's Chapter 13 Plan was served electronically upon the trustees in this case on January 23, 2018, and by first class mail, postage prepaid to all other interested parties as follows:

See attached list.

NORTH PENN LEGAL SERVICES, INC.

Date:   2/15/2018

By /s/ John W. Sweet
John W. Sweet, Esq.
I.D. #320182
559 Main St., Ste. 200
Bethlehem, PA 18018
610-317-5323
610-317-8778 (fax)
Attorney for Debtor

Capital One Bank USA NA
P.O. Box 30281
Salt Lake City, UT 84130-0281

Credit Collection Services
P.O. Box 607
Norwood, MA 02062-0607

Credit First National Assoc
P.O. Box 81315
Cleveland, OH 44181-0315

Elan Financial Services
P.O. Box 108
St. Louis, MO 63166-0108

Jennie Tsai, Esq.
Phelan, Hallinan, Diamond & Jones LLP
1617 John F. Kennedy Blvd. #1400
Philadelphia, PA 19103-1814

Khubchandani-Stasick-Rosen
1275 S. Cedar Crest Blvd #2
Allentown, PA 18103-6207

Sergio Betancourt
1577 Olympic Cir Apt. 8
Whitehall, PA 18052-6113

Sprint
P.O. Box 4191
Carol Stream, IL 60197-4191

Toyota Motor Credit Corp.
P.O. Box 9013
Addison, TX 75001

National Bankruptcy Services LLC
14841 Dallas Parkway, Ste. 300
Dallas, TX 75254

Verizon Wireless
P.O. Box 26055
Minneapolis, MN 55426-0055

Victoria Fire Casualty
22901 Millcreek Blvd.
Cleveland, OH 44122-5728

Wells Fargo Bank, N.A.
Default Document Processing
N9286-01Y
1000 Blue Gentian Rd.
Eagan, MN 55121-7700