UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                       :
                                             :
   JUAN LUIS BETANCOURT            : Bankruptcy No.  18-10376REF
                                             :
          Debtor(s)               : Chapter 13

**ORDER**

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

FOR THE COURT

**Date: July 26, 2018**

RICHARD E. FEHLING, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Trevor L. Gross, Esq.
North Penn Legal Services Inc.
559 Main Street, Suite 200
Bethlehem, PA 18018

Juan Luis Betancourt
313 S. 18th Street
Allentown, PA 18104-6716