United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-10376-ref
Juan Luis Betancourt                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Keith            Page 1 of 1         Date Rcvd: Jul 26, 2018
                        Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2018.
db             Juan Luis Betancourt,    313 S 18th St,    Allentown, PA   18104-6716

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2018 at the address(es) listed below:
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
        JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
      bkgroup@kmllawgroup.com
        ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
      RRamos-Cardona@fredreiglech13.com
        TREVOR L. GROSS    on behalf of Debtor Juan Luis Betancourt tgross@northpennlegal.org
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                         TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :
   JUAN LUIS BETANCOURT            : Bankruptcy No.  18-10376REF
                                                :
        Debtor(s)                  : Chapter 13

**ORDER**

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

FOR THE COURT

**Date: July 26, 2018**

_____
RICHARD E. FEHLING, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Trevor L. Gross, Esq.
North Penn Legal Services Inc.
559 Main Street, Suite 200
Bethlehem, PA 18018

Juan Luis Betancourt
313 S. 18th Street
Allentown, PA 18104-6716