**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)**

| | |
|---|---|
| IN RE: | |
| JUAN LUIS BETANCOURT | BK. No. 18-10376-ref |
| AKA JUAN L. BETANCOURT AKA JUAN BETANCOURT AKA JUAN LUIS BETANCOURT, SR. | Chapter No. 13 |
| Debtor | |
| WELLS FARGO BANK, N.A. | |
| Movant | 11 U.S.C. §362 |
| v. | |
| JUAN LUIS BETANCOURT AKA JUAN L. BETANCOURT AKA JUAN BETANCOURT AKA JUAN LUIS BETANCOURT, SR. | |
| Respondent | |

**MOTION OF WELLS FARGO BANK, N.A.**
**FOR RELIEF FROM AUTOMATIC STAY UNDER §362**

Movant, by its attorneys, PHELAN HALLINAN DIAMOND & JONES, LLP, hereby requests a termination of Automatic Stay and leave to foreclose on its mortgage on real property owned by JUAN L. BETANCOURT.

1. Movant is **WELLS FARGO BANK, N.A.**

2. Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

3. JUAN L. BETANCOURT is the owner of the premises located at **313 SOUTH 18TH STREET, ALLENTOWN, PA 18104 NKA 313 S 18TH ST, ALLENTOWN, PA 18104-6716**, hereinafter known as the mortgaged premises.

4. Movant is the holder of a mortgage on the mortgaged premises. The terms of the Debt Agreement were amended by a loan modification agreement entered into by and between Wells Fargo Bank, N.A. and Debtor(s) dated July 20, 2016 (the "Loan Modification Agreement").

5. Debtor's failure to tender monthly payments in a manner consistent with the terms of the Mortgage and Note result in a lack of adequate protection.

6.      Movant has instituted foreclosure proceedings on the mortgage because of Debtor's failure to make the monthly payment required hereunder.

7.      The foreclosure proceedings instituted were stayed by the filing of the instant Chapter 13 Petition.

8.      As of July 16, 2018, Debtor has failed to tender post-petition mortgage payments for the months of February 1, 2018 through July 1, 2018.  The monthly payment amount for the months of February 1, 2018 through July 1, 2018 is $596.09 each, for a total amount due of $3,576.54.  The next payment is due on or before August 1, 2018 in the amount of $596.09.  Under the terms of the Note and Mortgage, Debtor has a continuing obligation to remain current post-petition and failure to do so results in a lack of adequate protection to Movant.

9.      Movant has cause to have the Automatic Stay terminated as to permit Movant to complete foreclosure on its mortgage.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order;

a.      Modifying the Automatic Stay under Section 362 with respect to **313 SOUTH 18TH STREET, ALLENTOWN, PA 18104 NKA 313 S 18TH ST, ALLENTOWN, PA 18104-6716** (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors and assignees, to proceed with its rights under the terms of said Mortgage; and

b.      Movant specifically requests permission from this Honorable Court to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and

      c.      Waiving Federal Rule of Bankruptcy Procedure 3002.1; and

      d.      Granting any other relief that this Court deems equitable and just.

<u>/s/ Thomas Song, Esquire</u>
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com

July 31, 2018